# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00157-CV

### M. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY,
### NO. C-12-0085-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on March 27, 2014. By request to this Court dated March 27, 2014, Cindy Rister-Saunders requested an extension of ten days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Cindy Rister-Saunders is hereby ordered to file the reporter's record in this case on or before April 7, 2014. If the record is not filed by that date, Cindy Rister-Saunders may be required to show cause why she should not be held in contempt of court.

It is ordered on April 1, 2014.

Before Justices Puryear, Goodwin and Field